

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: | § | No. 08-25-00061-CV |
| VERONICA RAE VARA | § | AN ORIGINAL PROCEEDING |
|  | § |  |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the

Honorable Annabell Perez of the 41st District Court of El Paso County, Texas and concludes that

Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ

of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 11th day of March 2025.


MARIA SALAS MENDOZA, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.